## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JEREMY GRINER (#607602)

CIVIL ACTION

VERSUS

23-153-SDD-SDJ

JASON KENT, ET AL

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Scott D. Johnson dated February 25, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a Person in State Custody[2] filed by Jeremy Griner is DISMISSED WITH PREJUDICE, as procedurally defaulted.

**IT IS FURTHER ORDERED** that, if sought, a Certificate of Appealability is DENIED.

Signed in Baton Rouge, Louisiana the 19 day of March, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 18.
[2] Rec. Docs. 1, 3 & 7.